TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00287-CR

NO. 03-99-00288-CR

NO. 09-99-00289-CR

Sheryl Lynn Moody, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT

NOS. 44,676, 44,677 & 46,986, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

PER CURIAM

Appellant's motion to dismiss these appeals is granted. See Tex. R. App. P.
42.2(a). The appeals are dismissed.

Before Justices Jones, Kidd and Patterson

Dismissed on Appellant's Motion

Filed: January 13, 2000

Do Not Publish